AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 07, 2025**

SEAN F. McAVOY, CLERK

DENNEROLL HOLDINGS PTY LIMITED and DENNEROLL INDUSTRIES INTERNATIONAL PTY LIMITED
*Plaintiff*
v.

CHIROLUX LLC, JASON KIU and MAXWELL KELLY
*Defendant*

Civil Action No. 2:24-CV-0176-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Joint Stipulation of Dismissal with Prejudice, ECF No. 44, is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 10/7/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*